```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :        22cr115 (DLC)
                                        :
IRENE MALDONADO,                        :           ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant having requested on March 14, 2022, a modification to her conditions of release, it is hereby

ORDERED, that defendant Irene Maldonado may visit her daughter at the address she discloses to Pretrial Services on weekdays after the school day until 9 p.m. and on weekends and holidays from 12 p.m. to 8 p.m.

SO ORDERED:

Dated:    New York, New York
          March 14, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge