```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :    22cr115 (DLC)
                                         :
IRENE MALDONADO,                         :    ORDER
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Upon consideration of the defendant's request, it is hereby

ORDERED that the defendant may attend her daughter's school performance on June 6, 2022 at the Apollo Theatre.

SO ORDERED:

Dated:   New York, New York
         May 26, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge