```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :     22cr115-2(DLC)
                                        :
IRENE MALDONADO,                        :         ORDER
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

WHEREAS, with the defendant's consent, her guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on September 15, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that sentencing is scheduled for December 16, 2022 at 2:30 PM in Courtroom 18B, 500 Pearl Street. Defense submissions are due December 2, and Government submissions are due December 9.

SO ORDERED:

Dated:   New York, New York
         September 22, 2022

_____
DENISE COTE
United States District Judge