

# COHEN FORMAN BARONE, LLP

AN EXPERIENCED LAW FIRM

**www.cfblaw.com**

DAVID J. COHEN
david@cfblaw.com

CORY FORMAN
cory@cfblaw.com

CARLA A. BARONE
carla@cfblaw.com

December 16, 2022

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     **United States v. Braddy et al., 22-cr-00115-DLC-2**

Dear Honorable J. Denise L. Cote:

As appointed counsel for Ms. Irene Maldonado, I write to respectfully request an adjournment of the sentencing presently scheduled for today, December 16 at 2:30pm.  Ms. Maldonado's daughter is home sick from school and there is no one available to watch her daughter while Ms. Maldonado appears for sentencing today.

If the Court is so inclined to grant this request, we respectfully propose next week, December 19, 22 or 23 for the sentencing.  I have reached out to the government to ascertain their availability but was unable to contact Mr. Wright.

*Sentencing is adjourned to December 21 at 2:30 pm.*

*Denise Cote*
*12/16/22*

Respectfully,

/s/ David Jason Cohen

_____
David J. Cohen, Esq.
Cohen Forman Barone, LLP.