

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

www.cfblaw.com

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

January 24, 2024

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: United States v. Braddy et al., 22-cr-00115-DLC-2

Dear Honorable J. Denise L. Cote:

  As previously appointed CJA counsel for Ms. Irene Maldonado, I write to respectfully request to resume my appointment of Ms. Maldonado for the purposes of investigating whether Ms. Maldonado may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence in accordance with Amendment 821 of The U.S. Sentencing Guidelines Manual.

  As part of this request, I ask that Your Honor direct the US Department of Probation to disclose Ms. Maldonado's PSR to counsel.

*Denied. The defendant was sentenced to a term of imprisonment of 36 months, while her guidelines range was 87-108 months.*

*[signed] Denise Cote*
*1/25/24*

Respectfully,

//s//David Jason Cohen//s//
David J. Cohen, Esq.
Cohen Forman Barone, LLP.
david@cfblaw.com
950 Third Avenue
New York, NY 10022

| Manhattan | 950 Third Avenue, 11th floor, New York, NY 10022 | T. 212.766.9111 | F. 212.766.9166 |
| Long Island | 228 East Main Street, Patchogue, NY 11772 | T. 631.766.9111 | F. 212.766.9166 |